Judgment in a Civil Case

United States District Court
WESTERN DISTRICT OF NEW YORK

PATTY L. WHITE

v.

COMMISSIONER OF SOCIAL SECURITY

**JUDGMENT IN A CIVIL CASE**
CASE NUMBER: 13-CV-1045-T

☐ **Jury Verdict**.  This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court**.  This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED:   that the plaintiff's motion for judgment on the pleadings is denied and the Commissioner's motion is granted. The complaint is dismissed in its entirety with prejudice.

Date: September 15, 2016

MARY C. LOEWENGUTH
CLERK OF COURT

By: s/K.McMillan
    Deputy Clerk